IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOSEPHY ERIC PELUSO, III,                                                              PETITIONER
REG. #75524-004

v.                                          2:08CV00177HLJ

T.C. OUTLAW                                                                             RESPONDENT

ORDER

Petitioner has failed to file a Court approved Application to Proceed In Forma Pauperis. Although petitioner named as respondent, "Does, Those doing business as the United States of America in their individual and official capacities", the correct respondent should be T.C. Outlaw, the person having custody of the petitioner. The Clerk is directed to change the style of the case to indicate T.C. Outlaw as respondent. Accordingly,

IT IS, THEREFORE, ORDERED that petitioner submit either the $5.00 statutory filing fee or an in forma pauperis application within thirty (30) days of the entry-date of this Order. Petitioner's failure to comply with this Order will result in a dismissal of this action without prejudice.[1]

The Clerk is hereby directed to immediately forward to petitioner an in forma pauperis application.

---

[1] The petitioner is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states:

It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 14th day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE