IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JOSEPH ERIC PELUSO, III**                                                      **PETITIONER**

V.                              NO. 2:08CV00177

**T.C. OUTLAW, Warden,**
**FCI, Forrest City, AR**                                                       **RESPONDENT**

## ORDER

The court has reviewed the proposed findings and recommended disposition received from Magistrate Judge Henry L. Jones, Jr., and the objections filed in response, and has further reviewed the relevant record *de novo*. The findings and recommendations are adopted in their entirety as this court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 30th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE