# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**JOSEPH ERIC PELUSO, III**                                                              **PETITIONER**

V.                                      NO. 2:08CV00177

**T.C. OUTLAW, Warden,**
**FCI, Forrest City, AR**                                                                **RESPONDENT**

## JUDGMENT

In accordance with the court's order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ADJUDGED this 30th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE